# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                                                  CHAPTER 11

SAMUEL E. SCOTT                                                   CASE NO. 11-12156-JDW

## RESPONSE TO MOTION TO ENFORCE AUTOMATIC
## STAY AND FOR OTHER RELIEF

**COMES NOW**, Copiah County Tax Collector and Copiah County Chancery Clerk (collectively known as "Copiah County"), by and through their attorney, and files this their Response to the Motion to Enforce Automatic Stay and for Other Relief [Dkt. #490], and would show unto the Court as follows to-wit:

1. That Samuel E. Scott ("Scott") filed for relief under Chapter 11 of the United States Bankruptcy Code on May 12, 2011. The creditor matrix [Dkt. #3] filed on behalf of Scott and the bankruptcy schedules [Dkt. #26] do not show an indebtedness owed on the ad valorem taxes.

2. At no time during the eleven (11) years that this case has been pending, has Copiah County been advised of this bankruptcy proceeding.

3. Copiah County would assert that it appears that all parties are wanting to move forward with a sale of property. The previous payment of the ad valorem taxes, by one of the owners of said property, does not impair, nor hinder that process.

4. Copiah County asserts, as the Debtor asserts, that it had no knowledge of the automatic stay being in place and requests that this Court deny this Motion to the extent that the Debtor's estate is attempting to undo the tax sales as there is no showing how this would be beneficial to the bankruptcy estate.

5. Copiah County reserves the right to assert any other issues at a hearing on the matter.

**WHEREFORE, PREMISES CONSIDERED**, Copiah County Tax Collector and Copiah County Chancery Clerk respectfully request that this Court enter an Order denying this Motion, and for such other relief as is deemed just.

                              Respectfully submitted,

                              COPIAH COUNTY TAX COLLECTOR AND
                              COPIAH COUNTY CHANCERY CLERK

By: _____
        EILEEN N. SHAFFER
        Their Attorney

EILEEN N. SHAFFER, MSB #1687
Post Office Box 1177
Jackson, Mississippi 39215
Ph: (601) 969-3006
Email: eshaffer@eshaffer-law.com

**CERTIFICATE OF SERVICE**

I, Eileen N. Shaffer, attorney for Copiah County Tax Collector and Copiah County Chancery Clerk, do hereby certify that I have this date served via the Court's electronic noticing system a true and correct copy of the above and foregoing Response to Motion to Enforce Automatic Stay and Other Relief to the following on the day and year hereinafter set forth:

>Derek A. Henderson, Esq.
>Attorney for Lynda Butcher
>derek@derekhendersonlaw.com
>
>Robert Alan Byrd, Esq.
>Attorney for Covington County Bank
>rab@byrdwiser.com
>
>Craig M. Geno, Esq.
>Attorney for Debtor
>cmgeno@cmgenolaw.com
>
>United States Trustee
>USTPRegion05.JA.ECF@usdoj.gov

**SO CERTIFIED**, this the _18_ day of _July_, 2022.

_____
EILEEN N. SHAFFER