

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:     SAMUEL E. SCOTT                                        **CHAPTER 11**
           **DEBTOR**                                               **CASE NO. 11-12156-JDW**

## **ORDER**

THIS CAUSE having come on for consideration of the *Motion to Continue Status Hearing* (the "Motion") **[DK #521]** filed herein by Samuel E. Scott (the "Debtor"), by and through his authorized representative, Leigh McGregor (the "Movant"), and the Court having considered the Motion finds that the Motion should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the *Motion to Continue Status Hearing* is hereby granted.

IT IS, FURTHER, ORDER, ADJUDGED AND DECREED that the status hearing on the Movant's *Motion to Sell Assets of the Debtor-in-Possession, Free and Clear of Liens, Claims and Interests, with Liens Attaching to Proceeds of Sale, Outside the Ordinary Course of Business* **[DK #478]** and the Movant's Motion to Enforce the Automatic Stay and for Other Relief **[DK #490]** currently scheduled for February 22, 2023, is hereby continued to **March 24, 2023, commencing at 10:30 a.m.** The hearing will be held in-person at the Oxford Federal Building, 911 Jackson Avenue, Oxford, MS 38655.

# # END OF ORDER # #

SUBMITTED BY:

Craig M. Geno, Esq. - MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
(601) 427-0048 - Telephone
(601) 427-0050 - Facsimile
cmgeno@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Scott, Sam\Pleadings\Order - Mot to Continue Status Hrg on Mot to Sell & Mot to Enforce Stay 12-7-22.wpd